

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00168-CV

Pravati Capital III Funding, LP and Alexander Chucri
v.
Law Offices of Phillippe and Associates, P.C., a Texas Professional Corporation, and
Christopher L. Phillippe

On Appeal from the
County Court at Law No. 1 of Cameron County, Texas
Trial Court Cause No. 2021-CCL-01056

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment in accordance with its opinion. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

May 11, 2023